Sophie Goalaski, Appellant, v. James A. Weller, Respondent.— Judgment of the County Court of Westchester county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., dissented.

Delia Hartmann, as Administratrix, etc., of Jacob Hartmann, Deceased, Respondent, v. New York City Railway Company, Appellant.— Order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor and Rich, JJ., concurred; Woodward, J., dissented.

Anson S. Johns, Respondent, v. The McLaughlin Real Estate Company, New York, and Bertha G. McLaughlin, Appellants, Impleaded with Cincinnati Realty Company.— Judgment affirmed, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Henry E. T. Lightbourne, Appellant, v. Timothy Walsh, as Treasurer of the Socialist Labor Party, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Fannie Lowe, Respondent, v. James Price, Appellant.— Judgment of the Municipal Court reversed on the ground that the decision is against the weight of evidence, and new trial ordered, costs to abide the event. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary L. McShane, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Kathryne G. Meredith, Respondent, v. Daniel W. Meredith, Appellant.— Order modified so as to provide that the plaintiff move her case for trial forthwith, failing which the alimony shall cease, and as so modified affirmed, without costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.